| | |
|---|---|
| 1<br>2<br>3 | **LAW OFFICE OF CHERYL K. COPPERSTONE, P.C.**<br>**252 WEST INA ROAD SUITE 203**<br>**TUCSON, AZ. 85704**<br>**(520) 628-8888** |
| 4<br>5 | **CHERYL K. COPPERSTONE**<br>**Bar No. 015009**<br>Attorney for Debtors |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 4:08-bk-09853-EWH |
|---|---|
| JAMES W. YOUNG, JR | Chapter 13 |
| REBECCA M. YOUNG | MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. §522 (f)(1)(A) |
| Debtors. | |

**COMES NOW** the Debtor(s), James & Rebecca Young, by and through counsel undersigned and pursuant to 11 U.S.C. § 522(f)(1)(A), hereby motions this honorable court for an order avoiding the judicial lien of the creditor(s), Beneficial Arizona Inc., and Hammerman & Hultgreen, Pima County case number C2007-7173, and as grounds therefore, state as follows;

1. The Debtor(s) filed their bankruptcy petition on August 2, 2008;

2. Pursuant to state law, the creditor(s), Beneficial Arizona Inc, and Hammerman & Hultgreen have obtained a judgment against the Debtor(s) in Pima County, which is perfected and recorded in the property records of Pima County, Arizona;

3. The afore-mentioned judgment(s), as it is recorded, constitutes as judicial liens against the personal property of the Debtor(s), located at 3730 West Curly Horn Rd, Sahuarita Arizona; The east half of Lot 25 of Curly Horn Ranches No. 2, a subdivision of Pima County, Arizona, according to the map or plat thereof of record in the office of the County Recorder of Piam County, Arizona, in Book 13 of maps and Plats at page 50 thereof.

4. Pursuant to Arizona Revised Statutes § 33-1101, there exists by operation of law a homestead exemption available to the Debtor(s) in the above-captioned action which prohibits creditor action vis-a-vis the above real property;

5. The judgment lien of the creditor(s),Beneficial Arizona Inc and Hammerman & Hultgreen impairs the exemptions of the Debtor(s) in the subject property;

6. Pursuant to 11 U.S.C. §522 (f)(1)(A) and (2)(A), the Debtor(s) may avoid the judicial liens of Beneficial Arizona Inc and Hammerman & Hultgreen on the Debtor('s') real property;

**WHEREFORE**, the Debtor(s), James & Rebecca Young hereby request that this honorable court enter an order avoiding the judicial liens of said creditor(s), Beneficial Arizona Inc and Hammerman & Hultgreen so that the Debtor(s) may record same.

**RESPECTFULLY SUBMITTED** this 1st day of July, 2009.

    /s/ State Bar No. 015009
Cheryl K. Copperstone
Attorney for Debtor(s)

A copy of the foregoing
was mailed this 1st
day of July, 2009 to:

Hammerman & Hultgren
3101 N Central Ave, Suite 500
Phoenix, AZ 85012

Dianne C. Kerns, Ch 13 Trustee
PMB #413
7320 N La Cholla #154
Tucson, AZ 85741