**ORDERED.**

Dated: August 14, 2009

```
         Eileen W. Hollowell
```
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | LAW OFFICE OF CHERYL K. COPPERSTONE, P.C. |
|   | 252 WEST INA ROAD SUITE 203 |
| 2 | TUCSON, AZ. 85704 |
|   | (520) 628-8888 |

**CHERYL K. COPPERSTONE**
Bar No. 015009
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 4:08-bk-09853-EWH |
|---|---|
| JAMES W. YOUNG, JR | Chapter 13 |
| REBECCA M. YOUNG | ORDER AVOIDING JUDICIAL LIEN PURSUANT TO 11 U.S.C. §522 (f)(1)(A) |
| Debtor. | |

**THE COURT HAVING CONSIDERED** the Motion to Avoid Judicial Lien, and good cause appearing, no objections having been filed,

**IT IS ORDERED** that the judgment recorded by Beneficial Arizona Inc., and Hammerman & Hultgreen, Pima County case number C2007-7173 against the personal property of the Debtor(s), located at 3730 West Curly Horn Rd, Sahuarita Arizona; The east half of Lot 25 of Curly Horn Ranches No. 2, a subdivision of Pima County, Arizona, according to the map or plat thereof of record in the office of the County Recorder of Piam County, Arizona, in Book 13 of maps and Plats at page 50 thereof; is hereby voided pursuant to 11 U.S.C. §522 (f)(1)(A) and (2)(A).

_____
U.S. BANKRUPTCY JUDGE