| | |
|---|---|
| 1 | **LAW OFFICE OF CHERYL K. COPPERSTONE, P.C.**<br>**252 WEST INA ROAD SUITE 203**<br>**TUCSON, AZ. 85704**<br>**(520) 628-8888** |

**CHERYL K. COPPERSTONE**
**Bar No. 015009**
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 4:08-bk-09853-EWH |
|---|---|
| JAMES W. YOUNG, JR | Chapter 13 |
| REBECCA M. YOUNG | **DEBTOR'S(S') OBJECTION TO PROOF OF CLAIM AND NOTICE THEREON** |
| Debtor(s). | |

**COMES NOW** the Debtor(s), James & Rebecca Young in the above proceeding, by and through their attorney, CHERYL K. COPPERSTONE, and object to the following claim:

Claim number 5 filed on September 12, 2008 for $15,104.60 by or on behalf of Beneficial upon the following grounds: The lien that insured the security of the claim has been voided or removed.

The debtors recommend said claim be treated as follows:

The claim be treated as unsecured.

**NOTICE IS GIVEN** that the above claim be disallowed or allowed in the amount and with the priority as recommended above by the debtor unless on or **fifteen days** from the date of mailing, the creditor: Files a written request for a hearing, AND SETS FORTH the specific grounds for such request, with the Clerk of Court, and mails a copy thereof to the undersigned at 252 West Ina Road, Suite 203, Tucson, Arizona 85704.

| | |
|---|---|
| 1 | A true and exact copy of this objection has been forwarded on the date as appears below to |
| 2 | the claimant at the address listed below. |

LAW OFFICE OF CHERYL K. COPPERSTONE

/s/ State Bar No. 015009
Cheryl K. Copperstone
Attorney for Debtor(s)

A Copy of the foregoing
was mailed this 9th
day of September, 2009 to:

Dianne C. Kerns, Trustee
PMB #413
7320 N. La Cholla #154
Tucson, Arizona 85704
United States Chapter 13 Trustee

Beneficial
PO BOX 10640
Virginia Beach, VA 23450