# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JAMES W & REBECCA M YOUNG |
| **Case Number:** | 4:08-BK-09853-EWH  **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 06, 2011 02:00 PM   COURTROOM 430 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | ALICIA JOHNS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY RE: 3730 WEST CURLY HORN ROAD, SAHUARITA, AZ 85629 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BAC HOME LOANS SERVICING, LP.

**R / M #:** 69 / 0

## *Appearances:*

RONALD N. ALLEN, ATTORNEY FOR JAMES W YOUNG, REBECCA M YOUNG
DARYL J. DORSEY, ATTORNEY FOR BAC HOME LOANS SERVICING, LP., Appearing in Phoenix

## *Proceedings:*

Both parties appear before the Courtroom Deputy and stipulate to continue the hearing to a one-minute final.

THE HEARING IS CONTINUED TO A ONE-MINUTE FINAL ON THURSDAY, FEBRUARY 3, 2011 AT 2:00 P.M.