# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | JAMES W & REBECCA M YOUNG |
| **Case Number:** | 4:08-BK-09853-EWH    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 03, 2011 02:00 PM   COURTROOM 430 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | ALICIA JOHNS |

## Matter:

FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: 3730 WEST CURLY HORN ROAD, SAHUARITA, AZ 85629 FILED BY MARK BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF BAC HOME LOANS SERVICING, LP.(set at hrg. held 1/6/11)

**R / M #:**   69 / 0

## Appearances:

DIANNE C. KERNS, TRUSTEE
CHERYL K COPPERSTONE, ATTORNEY FOR JAMES W YOUNG, REBECCA M YOUNG
DARYL J. DORSEY, ATTORNEY FOR BAC HOME LOANS SERVICING, LP.

## Proceedings:

Mr. Dorsey states that this matter has not been resolved. The debtor has provided for pre-petition arrearages in the plan but their records indicate a post-petition default of $5043.64. His staff has e-mailed debtor's counsel asking if a stipulation can be entered into.

The court asks if this is a conduit plan.

Ms. Copperstone confirms this is a conduit plan. An amended plan has been filed and the arrears are in the amended plan but counsel may not have reviewed the amended plan.

Ms. Kerns verifies that her office disbursed $987.00.

COURT: THE HEARING IS VACATED.

It is discusses that if there is a problem with the arrearages through the plan an objection can be filed or an amended proof of claim can be filed.

Case 4:08-bk-09853-EWH    Doc 79    Filed 02/03/11    Entered 02/04/11 07:48:22    Desc
Main Document     Page 1 of 1        02/04/2011  7:48:05AM